FILED
2024 Mar-28  PM 03:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/WRM: APR
2024 GJ# 15

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### <u>WESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **7:24-CR-00078-ACA-JHE** |
| ) | **SUPERSEDING** |
| **SEBASTIAN JAQUE BROWN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## <u>INDICTMENT</u>

<u>**COUNT ONE:**</u> **[21 U.S.C. §§ 841(a)(1) and (b)(1)(D)]**

The Grand Jury charges that:

On or about the 7th day of November 2023, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**SEBASTIAN JAQUE BROWN**,

did knowingly and intentionally possess with intent to distribute a controlled substance, such offense involving a mixture and substance containing a detectable amount of marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT TWO: [18 U.S.C. § 924(c)(1)(A)]

The Grand Jury charges that:

On or about the 7th day of November 2023, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

### SEBASTIAN JAQUE BROWN,

knowingly used and carried a firearm, that is, a Glock .45 caliber pistol, a Glock 9mm pistol, a Glock .40 caliber pistol, and a .38 caliber Smith & Wesson pistol, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the drug trafficking crime alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE:  [18 U.S.C. § 922(o)]

The Grand Jury charges that:

On or about the 7th day of November 2023, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

### SEBASTIAN JAQUE BROWN,

did knowingly possess a machinegun, that is, a Glock .45 caliber pistol and a Glock 9mm caliber pistol, each having a Glock conversion device installed enabling it to fire automatically more than one shot, without manual reloading, by a single function

of the trigger, commonly referred to as a "Glock Switch," in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL

*/s/ electronic signature*
FOREPERSON OF THE GRAND JURY

                                                  PRIM F. ESCALONA
                                                  United States Attorney

                                                  */s/ electronic signature*
                                                  WILLIAM R. MCCOMB
                                                  Assistant United States Attorney